**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　　　　　　　　New York, NY 10165
651-406-9665　　　　　　　　　　　　　212-267-7342

| | |
|---|---|
| Defendant: | **M. Booth & Associates LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101187 | $37,885.00 | 4/6/2023 | 260414455 | 11/30/2022 | $37,885.00 |
| **Totals:** | | 1 transfer(s), | $37,885.00 | | | | |